No. 10–8633. BEAN v. PERTTU. C. A. 6th Cir. Certiorari denied.

No. 10–8634. COMER v. BASINGER, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 10–8635. DEAN v. JONES ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8638. DAVIS v. HAMPTON PUBLIC SCHOOL DISTRICT/SPECIAL EDUCATION. C. A. 4th Cir. Certiorari denied. ▪

No. 10–8642. COOKS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–8645. EGBUONU v. YOUNG, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–8647. CRAIG v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 10–8650. PITRE v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–8651. COSTLEY v. H. E. BUTT GROCERY CO., AKA H. E. BUTT GROCERY CO., L. P., DBA H. E. B. STORE WACO 06 #11. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 10–8652. CARTER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 10–8657. CISNEROS v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 10–8664. TYLICKI v. SCHWARTZ. C. A. 2d Cir. Certiorari denied.

No. 10–8675. BACON v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–8677. SINGLETON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.